## (October 23, 1962)

■ MERCK & Co., INC., v. VILMOS DOOR.— Motion for a stay denied. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ WILLIAM SCHWARTZ v. YVETTE SCHWARTZ.— Motion for a stay granted on the terms and conditions set forth in the order to show cause dated October 11, 1962. Concur — Breitel, J. P., Stevens, Eager, Steuer and Bergan, JJ.

■ MORTIMER J. WOLFORD v. IRENE W. HASKINS et al.— Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before November 8, 1962, with notice of argument for November 20, 1962, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, Eager, Steuer and Bergan, JJ.

■ JOHN CLARK et al. v. ANDREW YOUNG.— Motion granted to the extent of adding appeals and cross appeal to the November 1962 Term Calendar of this court, on condition that all appellants serve and file their points as appellants on or before October 26, 1962, with notice of argument for the November 1962 Term of this court said appeals to be argued or submitted when reached. Respondents' points are to be served and filed on or before November 9, 1962. Reply points, if any, are to be served and filed on or before November 15, 1962. Concur — Breitel, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ In the Matter of the Appointment of a Committee of the Person and Property of MICHAEL T. MARSHALL, an Alleged Incompetent Person.— Motion for a stay granted on consent; pending the hearing and determination of the appeal, this court suspends Michael T. Marshall, Jr., and Frederick Weisse as committeemen; the appellants-respondents are permitted to dispense with the printing of the record on appeal and the appellants-respondents and respondent-appellant are permitted to dispense with the printing of their appellants' points, and the appeals are permitted to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellants' points, on condition that the appellants-respondents and respondent-appellant serve one copy of the typewritten or mimeographed appellants' points upon the attorneys for respondents, and file 6 typewritten or 19 mimeographed copies of appellants' points, together with the original record, with this court, on or before November 8, 1962, with notice of argument for November 20, 1962, said appeals to be argued or submitted when reached. The respondents may dispense with the printing of their respondents' points on condition that they serve one typewritten or mimeographed copy of said points on the attorneys for appellants and file 6 typewritten or 19 mimeographed copies of said points with this court on or before November 14, 1962. The cross motion of respondent-appellant is denied. Concur — McNally, J. P., Stevens, Eager and Steuer, JJ.